ACCEPTED
14-15-00604-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 2:35:58 PM
CHRISTOPHER PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 5968733
By: CHRIS WASHINGTON
Filed: 7/7/2015 2:35:58 PM

**CAUSE NO. 2014-55440**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/15/2015 9:48:53 AM
CHRISTOPHER A. PRINE
Clerk

**IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS**

**113TH JUDICIAL DISTRICT**

**GROSSE TETE WELL SERVICE, INC.,**

**Plaintiff,**

**v.**

**SWIVEL RENTAL & SUPPLY, LLC,**

**Defendant.**

**PLAINTIFF'S NOTICE OF APPEAL**

**TO THE HONORABLE JUDGE OF THIS COURT:**

NOW COMES Plaintiff, Grosse Tete Well Service, Inc., and hereby gives notice of its desire to take an appeal from the trial court's 06-08-2015 "Amended Order Granting Venue Challenge" in favor of Defendant, Swivel Rental & Supply, LLC. Pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, Plaintiff, Grosse Tete Well Service, Inc., would respectfully state as follows:

(1) This case is currently pending before the Honorable Michael Landrum of the 113th Judicial District Court of Harris County, Texas, under Cause No. 2014-55440, which is styled *Grosse Tete Well Service, Inc. vs. Swivel Rental & Supply, LLC.*

(2) The order/judgment appealed from was signed on June 8, 2015. A copy of the order/judgment appealed from is attached hereto as Exhibit "1."

(3)     The party desiring to appeal is:

        (a)     Grosse Tete Well Service, Inc.

(4)     This appeal is to either the Court of Appeals for the First District of Texas or the Court of Appeals for the Fourteenth District of Texas.

(5)     This Notice of Appeal is hereby filed by and on behalf of Plaintiff, Grosse Tete Well Service, Inc.

Pursuant to, among other things, Rule 25.1(a) of the Texas Rules of Appellate Procedure, this Notice of Appeal is being filed with the trial court clerk, filed with the appellate court clerk(s) and served on all parties to the trial court proceedings.

Respectfully submitted,

**JOHANSON & FAIRLESS, L.L.P.**

By:     _____
        CHRIS M. VOLF, #24033299
        1456 First Colony Blvd.
        Sugar Land, Texas 77479
        (281) 313-5000
        Fax: (281) 340-5100
        cvolf@jandflaw.com

        ATTORNEYS FOR PLAINTIFF
        **GROSSE TETE WELL SERVICE, INC.**

-2-

## CERTIFICATE OF SERVICE

I, CHRIS M. VOLF, do hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the following attorneys of record/persons by mailing same by certified mail (return receipt requested), e-service and/or by facsimile on this 7th day of July, 2015:

Barrie J. Beer
Amber R. Dunten
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, 20th Floor
Houston, Texas 77002

John H. Hughes
ALLEN & GOOCH
2000 Kaliste Saloom Rd., Ste. 400
Lafayette, Louisiana 70508

Christopher A. Prine
Clerk, First/Fourteenth Court of Appeals
First/Fourteenth Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

_____
CHRIS M. VOLF